IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JUAN IRIZARRY,** | * | |
| *Plaintiff*, | * | |
| v. | * | Civil Case No: 1:22-cv-3301-JMC |
| **BLUE BEACON INTERNATIONAL INC.,** | | |
| | * | |
| *Defendant.* | | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM OPINION AND ORDER

Plaintiff Juan Irizarry, self-represented litigant, filed the above-captioned Complaint. (ECF No. 1). The Complaint does not contain the original signature of Plaintiff. This Court's Local Rules provide, "When a party is appearing without counsel, the Clerk will accept for filing only documents signed by that party." Loc. R. 102.1(a) (D. Md. 2021). Plaintiff shall be afforded the opportunity to amend the Complaint to provide an original signature in compliance with Loc. R. 102.1. Plaintiff is forewarned that failure to provide a signed Complaint will result in dismissal of the Complaint without prejudice and without further notice.

The Clerk will be directed to mail one (1) copy of the Complaint to Plaintiff, who must sign and return the Complaint to the Clerk within twenty-one (21) days from the date of this Order.

In addition, because Plaintiff has paid the full filing fee, he is responsible for effectuating service on Defendant Blue Beacon International. Plaintiff has not, however, presented a completed summons to the Clerk to be issued. The Clerk will be directed to mail one (1) copy of a summons form to Plaintiff, who must complete and return the form to the Clerk within twenty-one (21) days from the date of this Order. Once the properly completed summons form is received, the Clerk is directed to issue the summons and return it to Plaintiff for service on Defendant.

Pursuant to Fed. R. Civ. P. 4(c)(2), service of a summons and Complaint may be effectuated by any person who is not a party and who is at least eighteen (18) years of age. Plaintiff is reminded that under Fed. R. Civ. P. 4(l), the person effecting service of the summons and Complaint must promptly notify the Court,[1] through an affidavit, that he or she has served the defendant.

Service of process on corporations and associations may be made pursuant to Fed. R. Civ. P. 4(h). Plaintiff may contact the State Department of Assessments and Taxation at (410) 767-1330 or visit the website at https://egov.maryland.gov/BusinessExpress/EntitySearch to obtain the name and service address for the resident agent of the corporate defendant. Service of process of an individual must comport with Fed. R. Civ. P. 4(e).

If there is no record that service was effectuated on Defendant, Plaintiff risks dismissal of this case. Pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a., if a party demanding affirmative relief has not effectuated service of process within ninety (90 days) of filing the Complaint, the Court may enter an order asking the party to show cause as to why the claims should not be dismissed. If the party fails to show cause within the time set by the Court, the Complaint shall be dismissed without prejudice.

Accordingly, it is this 8th day of February 2023, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Clerk shall MAIL a copy of this Order, together with one (1) copy of the Complaint (ECF No. 1), and one (1) copy of the summons form to Plaintiff;

2. Plaintiff is GRANTED twenty-one (21) days from the date of this Memorandum Opinion and Order in which to return the Complaint, with his

---

[1] If Plaintiff does not use a private process server, and instead uses certified mail, restricted delivery, return receipt requested, to make service, Plaintiff must file with the Clerk the United States Post Office acknowledgment as proof of service.

original signature, to the Clerk.  Plaintiff is cautioned that the failure to return the signed Complaint in a timely and complete manner may result in the dismissal of this case without prejudice and without further notice from the Court;

3. Plaintiff is GRANTED twenty-one (21) days from the date of this Memorandum Opinion and Order in which to return the completed summons to the Clerk.  Plaintiff is cautioned that the failure to return the completed summons form in a timely and complete manner may result in the dismissal of this case without prejudice and without further notice from the Court; and

4. Upon receipt of both the signed Complaint, and the properly completed summons form, the Clerk shall ISSUE summons and RETURN the summons to Plaintiff for service on Defendant.

                                                                               _____/s/_____
                                                                   J. Mark Coulson
                                                                  United Sates Magistrate Judge